LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

January 28, 2021

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007

MEMO ENDORSED

Re: USA v. Carlos Vasquez, 20 Cr 619 (KMW)

Dear Judge Wood;

With the consent of the Government, by AUSA Lasky, I write to request the status conference scheduled for February 18, 2021, at 11:00 AM be continued to a date in late March, 2021.

I expect to receive a hard drive with Discovery from the Government today. The Government's earlier attempt to send me Discovery by direct electronic means failed because I was not able to download the materials on my computer. I then had to order an external hard-drive, and mailed it to the US Attorney's Office so that case Discovery could be downloaded to the drive. Mailing delays caused my hard-drive to arrive later than hoped.

As part of my continuance request defendant Vasquez agrees to waive speedy trial time during the adjournment period

Respectfully,

*Alan Seidler*

B. Alan Seidler

BAS/ee

*The conference is adjourned to March 30, 2021, at 12:00 p.m. Time is excluded pursuant to 18 U.S.C. 3161(h)(7)(A), to March 30, 2021*

*Kimba M. Wood  1/29/21*
SO ORDERED