UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA



      -against

CARLOS VASQUEZ,

                  Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 619 (KMW)

KIMBA M. WOOD, District Judge:

      The Court will hold a teleconference in the above-captioned case on Tuesday, March 30,

2021, at 12:00 p.m.   To join the conference, the parties should dial 888-363-4749 and enter

Access Code 1613818.

      SO ORDERED.

Dated: New York, New York
       March 24, 2021

                           *Kimba M. Wood*

                        KIMBA M. WOOD
               UNITED STATES DISTRICT JUDGE