Case 1:20-cr-00619-KMW   Document 20-1   Filed 04/20/21   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| USDS SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: _4/22/21_ |

-----------------------------------------------------------x

UNITED STATES OF AMERICA

-v-

CARLOS VASQUEZ,

          Defendant.

ORDER,
#20 Cr 619 (KMW)

-----------------------------------------------------------x

WHEREAS, based on the application of B. Alan Seidler, attorney for defendant Carlos Vasquez [B&C #2412001412] who has been in the custody of the New York City Department of Corrections since August 28, 2020, and is presently charged in this Court with the unlawful Possession of a Firearm as a Convicted Felon, and based on the factual findings made by this Court, and the United States of America having no objection to this application or findings, it is hereby,

ORDERED, that the New York City Department of Corrections shall permit Carlos Vasquez access to, and review of his case Discovery materials as is reasonably necessary for Carlos Vasquez to prepare for his trial defense.

DATED: April 22, 2021.

SO ORDERED,

_Kimba M. Wood_

U.S.D.J