**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/21

August 19, 2021

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Carlos Vasquez*, 20 Cr. 619 (KMW)

Dear Judge Wood:

The Government and the Defendant jointly write to request that the Defendant's motion to suppress the firearm seized from the Defendant incident to his arrest on August 28, 2020 (the "Motion"), which was filed on June 30, 2021 (Dkt. 24), and all further briefing in connection with the Motion, be held in abeyance while the Government and defense counsel discuss a potential pretrial resolution to the above-captioned case. ] granted, KMW

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:   /s/
Kaylan E. Lasky
Assistant United States Attorney
(212) 637-2315

cc: Alan Seidler, Esq.

SO ORDERED: N.Y., N.Y. 8/23/21

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.