**B. ALAN SEIDLER**
ATTORNEY AT LAW
580 Broadway, room 402
New York, New York 10012
seidlerlaw@gmail.com

(212) 334-3131
(212) 334-2211 Fax

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/21

October 15, 2021

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**

Re: USA v. Carlos Vasquez, 20 Cr 619 (KMW)

Dear Judge Wood;

With the consent of the Government, by AUSA Lasky, I write to request the status conference scheduled for October 25, 2021, at 11:00 AM be continued to a date after November 17, 2021, convenient to your Honor, so plea negotiations can be complete. On October 8, 2021, Vasquez entered his guilty plea to criminal possession of a weapon in the second degree in the NYS Supreme Court, Part 93.

Vasquez agrees to waive speedy trial time during any adjournment period.

*The conference is adjourned to November 30, 2021, at 11:30 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), through November 30, 2021*

Respectfully,

B. Alan Seidler

bas/ee

SO ORDERED: N.Y., N.Y. 10/18/21

_____
KIMBA M. WOOD
U.S.D.J.