UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,

              -against-

CARLOS VASQUEZ,

                        Defendant.
-----------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/21

20 CR 619 (KMW)

ORDER

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a Magistrate Judge on December 10, 2021;

      WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea,

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

      SO ORDERED.

Dated: New York, New York
       December 27, 2021

                                                KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE