```
                    LAW OFFICE
                       OF
                 B. ALAN SEIDLER
                   580 BROADWAY
                NEW YORK, NEW YORK 10012
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2022

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

February 18, 2022

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007

Re: USA v. Carlos Vasquez, 20 Cr 619 (KMW)

Dear Judge Wood;

**MEMO ENDORSED**

With the consent of the Government, by AUSA Lasky, I write to request a 60 day continuance of the March 2, 2021, sentencing. Probation Officer Simone Belgrave has asked me to also request that Probation's disclosure dates be adjusted based on the new sentence date.

**Granted. KMW**

The continuance is requested because Carlos Vasquez is presently in the custody of the NYS Department of Corrections, I have not been able to arrange a legal call with him to review the Probation Report, and today he was moved to the Altona Correctional Facility. He may also be returned to federal custody in the near future. Once I manage to speak with Vasquez I will need time to prepare his sentencing memorandum.

Thank you, and I apologize for the inconvenience to the Court.

Respectfully,

*[signature]*

B. Alan Seidler

bas/ee

**The sentencing hearing currently scheduled for March 2, 2022 is adjourned to May 4, 2022 at 12 p.m.**

**SO ORDERED.**

Dated: New York, New York
February 18, 2022

*/s/ Kimba M. Wood*
**KIMBA M. WOOD**
**United States District Judge**