**B. ALAN SEIDLER**
ATTORNEY AT LAW
580 Broadway, room 402
New York, New York 10012
seidlerlaw@gmail.com

(212) 334-3131

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/22

April 29, 2022

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**

Re: USA v. Carlos Vasquez, 20 Cr 619 (KMW)

Dear Judge Wood;

Vasquez is scheduled to be sentenced 5/4/2022. I write to request an adjournment of sentencing to a date after 4/17/2022, convenient to your Honor. AUSA Lasky on behalf of the Government consents to this application.

The reason for the adjournment is the Government's sentencing submission filed yesterday makes a request for a 7 level Guideline enhancement that was not contained in its Pimintel letter, or the Presentence Report. I need additional time to review the underlying case evidence from Vasquez's New York County Supreme Court case, and then file an appropriate response memorandum.

Thank you.

Respectfully,

Bernard Alan Seidler

B. Alan Seidler

*Sentencing is adjourned to June 8, 2022, at 10:30 a.m. Any supplemental sentencing submissions are due by June 1.*

SO ORDERED: N.Y., N.Y.  5/2/22

_____
KIMBA M. WOOD
U.S.D.J.