U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 1, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/22

**BY ECF**

The Honorable Kimba M. Wood
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States* v. *Carlos Vasquez*, 20 Cr. 619 (KMW)
      *United States* v. *Carlos Vasquez*, 18 Cr. 420 (KMW)

Dear Judge Wood:

The Government respectfully requests a one-week adjournment of the deadline for the Government to submit a supplemental sentencing submission in the above-captioned matter, currently scheduled for June 1, 2022. Defense counsel consents to this request.  ] Granted

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: */s/ Kaylan E. Lasky*
    Kaylan E. Lasky
    Assistant United States Attorney
    (212) 637-2315

*Kimba M. Wood  6/2/22*
SO ORDERED

1