Case 1:20-cr-00619-KMW  Document 61  Filed 10/18/22  Page 1 of 1

LAW OFFICE
OF
**B. ALAN SEIDLER**

305 BROADWAY, 7TH FLOOR
NEW YORK, NEW YORK 10007

REPLY TO:
PO BOX 582
PALISADES, NY 10964

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> TELEPHONE
> DOC #: _____ (212) 334-3131
> seidlerlaw@gmail.com
> DATE FILED: __10/18/22__

October 17, 2022

Hon. Kimba Wood
United States District Judge
United States Courthouse
500 Pearl Street
NY, NY 10007

**MEMO ENDORSED**

Re: USA v. Carlos Vasquez, 20 Cr 619 (KMW)

Dear Judge Wood;

    Carlos Vasquez withdraws his request for an evidentiary hearing on the Guideline
enhancement.  Vasquez requests to proceed to sentencing on November 2nd..

    *] granted*

    Thank you very much.

Respectfully,

*B. Alan Seidler*

B. Alan Seidler

bas/ee

SO ORDERED:  N.Y., N.Y.  10/18/22

*Kimba M. Wood*

KIMBA M. WOOD
U.S.D.J.