```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11-1-2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

UNITED STATES OF AMERICA

        -against-

CARLOS VASQUEZ,

                Defendant.
---------------------------------------------------------X

20-CR-619 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

        The Court has received Mr. Seidler's letter request. (ECF No. 62.) At 10:30AM on November 2 the Court has scheduled an in-person conference to consider the Defendant's request for change of counsel.

        The sentencing of Mr. Vasquez is hereby adjourned *sine die*.

SO ORDERED.

Dated: New York, New York
       November 1, 2022

                                    */s/ Kimba M. Wood*
                                    KIMBA M. WOOD
                               United States District Judge