UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against

CARLOS VASQUEZ,

                    Defendant.
------------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

**ORDER**
18 CR 420 (KMW)
20 CR 619 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11 / 9 / 22

    Sentencing for the above-captioned defendant, currently scheduled for November 23,

2022, is adjourned to Wednesday, December 7, 2022, at 2:30 p.m.

    SO ORDERED.

Dated: New York, New York
       November 9, 2022

                           _____
                              KIMBA M. WOOD
                 UNITED STATES DISTRICT JUDGE